IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAROLYN FORD<br><br>         Plaintiff,<br>vs.<br><br>MCGEE'S STAMP & TROPHY COMPANY, A Utah Corporation, KELLY GENE SAVAGE, An Individual, SANDRA F. SAVAGE, An Individual, and John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br>         Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:16-CV-00682-CW-DBP<br><br>Judge Clark Waddoups |

This matter is before the court pursuant to the Stipulated Motion to Dismiss with Prejudice which was stipulated to and jointly filed by the parties on October 4, 2016 (the "Motion"). Having reviewed the stipulation of the Parties that they have resolved the controversy between them, there appears good cause that the Motion should be GRANTED.

IT IS HEREBY ORDERED, ADJUGED AND DECREED that the action styled above is dismissed, with prejudice.

DATED the 4th day of October, 2016.

                                                     BY THE COURT:

                                                     Clark Waddoups
                                                     United States District Judge